

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 25, 2020

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Tokumboh Adeogun and Olaife Orikogbo*, 20 Cr. 38 (PKC)

Dear Judge Castel:

    The Government writes to respectfully request an approximately two-week adjournment of the conference in the above-referenced case currently scheduled for February 27, 2020, at 2:30 p.m.  The parties are engaged in discussions of potential pre-trial resolutions in this case.  Those discussions have advanced but have not yet concluded.  The adjournment is requested to allow the parties additional time to seek resolutions.

    If the Court grants this adjournment request, the Government further respectfully requests that the Court exclude the time between February 27, 2020, and the new conference date, pursuant to the Speedy Trial Act.  The ends of justice served by granting such an exclusion outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).  An exclusion is warranted in order to allow the parties time to continue discussions concerning potential resolutions of this case and to afford the defendants additional time to review discovery.  Counsel for the defendants consent to this request.

                                  Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                  United States Attorney

By: _____
     Timothy Capozzi
     Assistant United States Attorney
     (212) 637-2404

cc:    Stephen Turano, Esq.
       Gary Becker, Esq.

Upon the application of defense counsel, consented to by the government, the status conference originally scheduled for February 27, 2020 is adjourned to March 11, 2020 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to allow the parties to continue discussions concerning potential resolutions of this case.  Accordingly, the time between today and March 11, 2020 is excluded.

      SO ORDERED.

P. Kevin Castel
United States District Judge

Dated:  February 26, 2020