UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                    20 CR 38 (PKC)

-against-                  ORDER

Tokumboh Adeogun and Olaife Orikogbo,

        Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        The conference originally scheduled for March 11, 2020 is moved up to March 9, 2020 at 11:30 a.m. in Courtroom 11D.

        SO ORDERED.

                              P. Kevin Castel
                              United States District Judge

Dated: New York, New York
         March 2, 2020