LAW OFFICES OF
# GARY G. BECKER, P.L.L.C.
747 THIRD AVENUE · 20TH FLOOR
NEW YORK, NEW YORK 10017

(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

March 3, 2020

Application Granted.

So Ordered: *P. Kevin Castel*
P. Kevin Castel
United States District Judge
3/3/2020

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States v. Tokumboh Adeogun, et uno, 20 Cr. 38 (PKC)*

Dear Judge Castel:

    I am appointed counsel to Tokumboh Adeogun in the above-referenced matter. I respectfully request that the Court excuse Mr. Adeogun's appearance at the next pre-trial conference in this matter, which the Court has moved up to March 9th, at 11:30 a.m. Mr. Adeogun resides in Indianapolis, Indiana and works full-time there for an automobile dealership, a position he obtained recently. Given his very limited resources and new job commitments, we respectfully request that the Court spare Mr. Adeogun the burden of traveling to New York next week and permit me to waive his appearance at the March 9th conference. Assistant United States Attorney Tim Capozzi, on behalf of the government, has advised that he has no objection to this request.

Respectfully submitted,

Gary G. Becker

cc: Timothy Capozzi
    Assistant United States Attorney