UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                         20-cr-38 (PKC)

     -against-

                                                                                        ORDER

TOKUMBOH ADEOGUN and OLAFE
ORIKOGBO,

                               Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The next conference in this case is scheduled for 12:00 p.m. on July 30, 2020 and will proceed via video and teleconference. The parties will be separately provided access information for the video conference. The public may access this proceeding using the following information:

        <u>Dial-in</u>:       (888) 363-4749

        <u>Access Code</u>:  3667981


        SO ORDERED.

                                                                                 P. Kevin Castel
                                                      United States District Judge

Dated:  New York, New York
         July 17, 2020