LAW OFFICES OF
# GARY G. BECKER, P.L.L.C.
747 THIRD AVENUE · 20TH FLOOR
NEW YORK, NEW YORK 10017

(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

November 13, 2020

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Sentencing is adjourned from December 2, 2020 to February 24, 2021 at 12:00 p.m.
> SO ORDERED.
> Dated: 11/13/2020
>
> *[signature]*
> P. Kevin Castel
> United States District Judge

Re:  *United States v. Tokumboh Adeogun.*
     20 Cr. 38 (PKC)

Dear Judge Castel:

With the consent of the Government, this letter is respectfully submitted on behalf of Tokumboh Adeogun to request that his sentencing date, currently set for December 2, 2020, be adjourned for approximately sixty days. Mr. Adeogun lives in Indiana, Indianapolis and has been employed there full-time for the past eight months by an automobile dealership. He would prefer that his sentencing proceed in-person. The primary basis for our request is that given the recent upsurge in Covid-19 infections and hospitalizations nationwide, and New York's testing and quarantine rules for out-of-state visitors, it would be unduly burdensome and potentially hazardous to himself and others for Mr. Adeogun to travel to New York City in the near future. As the Court is undoubtedly aware, in recent days the coronavirus pandemic has been accelerating with alarming speed throughout the country, breaking new records for infections and hospitalizations daily. Today's New York Times reports that while case numbers are trending upward in 46 states, and falling in none, "the outlook is especially dire in the Great Lakes region. Pennsylvania, Indiana and Minnesota." *See* https://www.nytimes.com/live/2020/11/13/world/covid-19-coronavirus-updates.

Additionally, a postponement of the sentencing date is requested to accord Mr. Adeogun and counsel the time needed to gather supporting letters and other documents pertinent to sentencing, confer with the Government regarding certain matters raised in the Presentence Report, prepare our sentencing submission, and otherwise be ready for sentencing.

As noted, I have conferred with Assistant United States Attorney Timothy Capozzi and, on behalf of the Government, he consents to this request. I am informed by Stephen

LAW OFFICES OF
# GARY G. BECKER, P.L.L.C.

2

Turano, counsel for co-defendant Olaife Orikogbo, that on behalf of Mr. Orikogbo, he joins in this request.

Respectfully submitted,

*Gary G. Becker*
Gary G. Becker

cc: Timothy V. Capozzi, AUSA
    Stephen Turano, Esq.
    (Both by ECF)