**LAW OFFICES OF**
**GARY G. BECKER, P.L.L.C.**
40 FULTON STREET • 23ʳᴰ FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

February 5, 2021

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Sentencing is adjourned from February 24, 2021 to April 21, 2021 at 12:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 2/5/2021
P. Kevin Castel
United States District Judge

Re: *United States v. Tokumboh Adeogun,*
*20 Cr. 38 (PKC)*

Dear Judge Castel:

With the consent of the Government, this letter is respectfully submitted on behalf of Tokumboh Adeogun to request that his sentencing date, currently set for February 24, 2021, be adjourned for approximately sixty days. Mr. Adeogun is a resident of Indianapolis, Indiana. He would prefer that his sentencing proceed in-person. The primary basis for our request is that given the continuing rate of infections, hospitalizations, and deaths from Covid-19 nationwide, and New York's strict testing and quarantine rules for out-of-state visitors, it would be unduly burdensome and potentially hazardous to himself and others for Mr. Adeogun to travel to New York City in the near future. Cautioning that "[t]ravel increases your risk of getting and spreading Covid-19," the national Centers for Disease Control and Prevention expressly advises against travel at this time. https://www.cdc.gov/coronavirus/2019-ncov/travelers/travel-during-covid19.html.

New York State's current testing and quarantine rules for out-of-state (non-contiguous) travelers impose practical and financial burdens that would be difficult for Mr. Adeogun to bear, particularly given his meager finances and lack of a place to quarantine in New York. Ordinarily, a 10-day period of quarantine upon arrival is mandated. An out-of-state traveler can "test-out" of that quarantine period only upon satisfaction of the following conditions: (1) get tested for Covid-19 within three days of departure; (2) upon arrival in New York, quarantine for a minimum of three days; (3) on day 4 of the quarantine, obtain a second Covid-19 test: and (4) await the results of both tests and remain in quarantine until both tests come back negative. https://coronavirus.health.ny.gov/covid-19-travel-advisory. Even if Mr. Adeogun attempted to satisfy all these conditions, as not all are within his control, there can be no way of predicting in advance the precise number of days he would have to quarantine.

LAW OFFICES OF
GARY G. BECKER, P.L.L.C

2

      Accordingly, I respectfully request that the currently scheduled sentencing date be adjourned for approximately sixty days. As noted, I have conferred with Assistant United States Attorney Timothy Capozzi and, on behalf of the Government, he consents to this request.

Respectfully submitted,

Gary G. Becker

cc: Timothy V. Capozzi, AUSA
    Stephen Turano
    (Both by ECF)