LAW OFFICES OF
# GARY G. BECKER, P.L.L.C.
40 FULTON STREET • 23RD FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE
(212) 785-7565

FACSIMILE: (212) 214-0901
becker@garybeckerlaw.com

April 6, 2021

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Sentencing is adjourned from April 21, 2021 to May 25, 2021 at 3:00 p.m. in Courtroom 11D, 500 Pearl Street, New York, N.Y.
> SO ORDERED.
> Dated: 4/7/2021
>
> P. Kevin Castel
> United States District Judge

Re: *United States v. Tokumboh Adeogun, 20 Cr. 38 (PKC)*

Dear Judge Castel:

With the consent of the Government, this letter is respectfully submitted on behalf of Tokumboh Adeogun to request that his sentencing date, currently set for April 21, 2021, be adjourned for approximately thirty days. In preparation for sentencing, I have identified certain statements and omissions in the Offense Conduct section of the Presentence Report that may unintentionally overstate Mr. Adeogun's role in the offense and present a misleading account of his true offense conduct. Assistant United States Attorney Timothy Capozzi and I have discussed these issues and believe they are sufficiently substantial to warrant asking the Probation Department to issue a revised Presentence Report in consideration of the edits I will propose without objection from the Government. United States Probation Officer Tandis Farrence has been made aware of my concerns and has agreed to issue a revised report following receipt of my submission.

Accordingly, I respectfully request that the currently scheduled sentencing date be adjourned for approximately thirty days. As noted, I have conferred with Assistant United States Attorney Timothy Capozzi and, on behalf of the Government, he consents to this request.

Respectfully submitted,

Gary G. Becker

cc: Timothy V. Capozzi, AUSA
    Tandis Farrence, United States Probation Officer