```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              20-cr-38 (PKC)

        -against-

                                                              ORDER

TOKUMBOH ADEOGUN,

                        Defendant.
-----------------------------------------------------------x
```

CASTEL, U.S.D.J.:

Sentencing in this case will take place on May 25, 2021 at 3 p.m. The public may access an audio feed of the proceeding at the following number:

<u>Dial-in</u>:    (888) 363-4749

<u>Access Code</u>:  3667981

Members of the public must mute their phones and are not permitted to speak during the proceeding.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 20, 2021